In the Matter of DANIEL VONA, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York et al., Respondents.

(Argued November 1, 1933; decided November 2, 1933.)

*David A. Ticktin* and *J. Daniel Fink* for appellant.
*A. S. Gilbert* for Morton Baum et al., respondents.
*Walter M. Weis* for Central Committee of the City Fusion Party and the New York County Committee of the City Fusion Party, *amici curiæ*.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.